IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) Chapter 13 |
| Kishon Bradley | ) |
| | ) Case No. 20-04160 |
| | ) |
| DEBTOR(S) | ) Judge Thorne |
| | ) |

AMENDED NOTICE OF MOTION

***To the following persons or entities who were served via email by the Bankruptcy Court:***
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn Marshall, Ch. 13 Trustee: courtdocs@chi13.com
***To the following persons or entities who were served via regular U.S. Mail:***
Kishon Bradley, 114 Hillside Ave., Apt. 2E, Hillside, IL 60162
***To the persons or entities listed on the attached Notice of Ch. 13 Bankruptcy Case and Certificate of Notice (who were served as indicated via U.S. Mail or BNC or CM/ECF).***

PLEASE TAKE NOTICE that on **June 17, 2020**, at **2:30 PM**, I will appear before the **Honorable Deborah Thorne**, or any judge sitting in that judge's place, and present the **Notice of Motion and Application for Compensation**

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on June 12, 2020.

Signature: /S/ DAVID M. SIEGEL

Under All Penalties Pursuant to Sec.
1-109 of Ill. Code of Civ. Proc.

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorney for the Debtor(s)
790 CHADDICK DRIVE
WHEELING, IL  60090   Phone: (847) 520 8100

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Kishon D. Bradley | Social Security number or ITIN | xxx-xx-6942 |
| | First Name  Middle Name  Last Name | EIN | __-_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | ____ |
| | | EIN | __-_____ |
| United States Bankruptcy Court | Northern District of Illinois | Date case filed for chapter 13 | 2/14/20 |
| Case number: | 20-04160 | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                  12/17

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| 1. Debtor's full name | Kishon D. Bradley | |
| 2. All other names used in the last 8 years | | |
| 3. Address | 114 Hillside Ave.<br>Apt. 2E<br>Hillside, IL 60162 | |
| 4. Debtor's attorney<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520-8100<br>Email: davidsiegelbk@gmail.com |
| 5. Bankruptcy trustee<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312-431-1300 |
| 6. Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1-866-222-8029<br>Date: 2/18/20 |

For more information, see page 2

Debtor **Kishon D. Bradley**   Case number **20-04160**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 11, 2020 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br>**224 South Michigan, Suite 800, Chicago, IL 60604** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | Filing deadline: **5/11/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | Filing deadline: **4/24/20** |
| | **Deadline for governmental units to file a proof of claim:** | Filing deadline: **8/12/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline: 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/1/20 at 10:30 AM** , Location: **219 South Dearborn, Courtroom 613, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:
Kishon D. Bradley
    Debtor

Case No. 20-04160-DLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: cward1           Page 1 of 2            Date Rcvd: Feb 18, 2020
                            Form ID: 309I          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
```
db              #+Kishon D. Bradley,    114 Hillside Ave.,    Apt. 2E,    Hillside, IL 60162-1560
28640476        +Carle Foundation Hospital,    611 W Park St,    Urbana, IL 61801-2512
28640477        +Cbe Group,   131 Tower Park Drive Suite 100,    Waterloo, IA 50701-9374
28640478        +Check N Go,   Bankruptcy Department,    3435 Dempster,    Skokie, IL 60076-2441
28640479        +City of Berwyn,    6700 26th St.,    Berwyn, IL 60402-0701
28640481         City of Chicago Dept. of Revenue,    Camera Enforcement Violation,    PO Box 88292,
                  Chicago, IL 60680-1292
28640482        +City of Chicago Parking,    Department of Finance,    P. O. Box 6330,    Chicago, IL 60680-6330
28640483        +Comcast,   Bankruptcy Department,    PO Box 1931,    Burlingame, CA 94011-1931
28640486         Drive Financial (BRIDGECREST),    Attn: Bankruptcy department,    PO Box 562088,
                  Dallas, TX 75356-2088
28640487        +Drive Time Used Cars,    500 E. Roosevelt Rd.,    Lombard, IL 60148-4632
28640488         First Midwest Bank,    Bankruptcy Department,    PO Box 2557,    Omaha, NE 68103-2557
28640491        +Nantucket Cove Apts I1,    2001 Moreland Blvd,    Champaign, IL 61822-1293
28640492        +Pavilion Behavioral Health Syst,    809 W Church St,    Champaign, IL 61820-3320
28640494        +Secretary of State,    Safety & Financial Responsibility,    2701 South Dirksen Parkway,
                  Springfield, IL 62723-1000
28640495        +Secretary of State License Renewal,    17 N State,    Suite 1100,    Chicago, IL 60602-3561
28640496        +Shemauger Emergency Physicians,    13737 NOEL RD,    Suite 1600,    Dallas, TX 75240-1374
28640499         Village of Bellwood, Illinois,    Red Light Photo Enforcement Program,    PO Box 76998,
                  Cleveland, OH 44101-6500
28640500        +Village of Downers Grove,    Dept 2S,    PO Box 457,    Wheeling, IL 60090-0457
28640501        +Village of Hanover Park,    PO Box 457,    Wheeling, IL 60090-0457
28640502        +Village of Hillside,    425 North Hillside,    Hillside, IL 60162-1695
28640503         Village of Oak Brook,    1200 Oak Brook Road,    Oak Brook, IL 60523-2255
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: davidsiegelbk@gmail.com Feb 18 2020 22:39:18     David M Siegel,
                  David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr              +E-mail/Text: courtnotices@chi13.com Feb 18 2020 22:42:21     Marilyn O Marshall,
                  224 South Michigan Ste 800,    Chicago, IL 60604-2503
ust             +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Feb 18 2020 22:42:28    Patrick S Layng,
                  Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                  Chicago, IL 60604-2027
28640473        +E-mail/Text: bky@americanprofit.net Feb 18 2020 22:43:58     American Profit Recove,
                  34505 W 12 Mile Rd Ste 3,    Farmington Hills, MI 48331-3288
28640474        +EDI: PHINHARRIS Feb 19 2020 02:58:00      Arnold Scott Harris, P.C.,
                  111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
28640475        +EDI: DVTM.COM Feb 19 2020 02:58:00      Bridgecrest,    Po Box 29018,    Phoenix, AZ 85038-9018
28640480        +E-mail/Text: sally.graning@ci.champaign.il.us Feb 18 2020 22:45:00     City of Champaign,
                  102 N. Neil St.,    Champaign, IL 61820-4042
28640484        +E-mail/PDF: creditonebknotifications@resurgent.com Feb 18 2020 22:50:24     Credit One,
                  Bankrupcty Department,    PO Box 98873,    Las Vegas, NV 89193-8873
28640485        +E-mail/Text: electronicbkydocs@nelnet.net Feb 18 2020 22:42:59     Dept Of Education/neln,
                  Po Box 82561,    Lincoln, NE 68501-2561
28640489        +E-mail/Text: fmb.bankruptcy@firstmidwest.com Feb 18 2020 22:43:21    First Midwest Bank,
                  300 N. Hunt Club Rd.,    Bankruptcy Department,    Gurnee, IL 60031-2502
28640490        +E-mail/Text: compliance@iqdata-inc.com Feb 18 2020 22:45:32     Iq Data Int,
                  1010 Se Everett Mall Way,    Everett, WA 98208-2855
28640493        +E-mail/Text: info@phoenixfinancialsvcs.com Feb 18 2020 22:39:51    Phoenix Financial Serv,
                  8902 Otis Ave,    Indianapolis, IN 46216-1077
28640497        +EDI: RMSC.COM Feb 19 2020 02:58:00      SYNCB/WALMART DC,    4125 Windward Plaza,
                  Alpharetta, GA 30005-8738
28640498         E-mail/Text: membersolutions@uoficreditunion.org Feb 18 2020 22:39:50     U Of I Community Cu,
                  2201 S First St,    Champaign, IL 61824
```
                                                                                              TOTAL: 14

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

District/off: 0752-1    User: cward1    Page 2 of 2    Date Rcvd: Feb 18, 2020
Form ID: 309I    Total Noticed: 35

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:
    David M Siegel    on behalf of Debtor 1 Kishon D. Bradley  davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com
    Marilyn O Marshall    courtdocs@chi13.com
    Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 3