LAW OFFICES

**CRANE, SIMON, CLAR & GOODMAN**

**ARTHUR G. SIMON**
**SCOTT R. CLAR**
**KAREN R. GOODMAN**

**EUGENE CRANE, OF COUNSEL**
**JOHN H. REDFIELD, OF COUNSEL**

135 S. LA SALLE STREET
SUITE 3705
CHICAGO, ILLINOIS 60603-4297
TEL: 312-641-6777
FAX: 312-641-7114
WWW.CRANESIMON.COM

**GLENN R. HEYMAN (RETIRED)**

January 4, 2021

**DELIVERY VIA E-MAIL TO CONNIE.J.WARNER@USDOJ.GOV**

Ms. Connie Warner
Office of the United States Trustee
219 South Dearborn, Suite 873
Chicago, IL 60604

**Re: Trustee Karen R. Goodman's resignation from new 341 Meetings on January 27, 2021**

Dear Connie:

Please be advised that I am resigning as Trustee in the following cases due to inadvertently being assigned new cases on my continuance date. The cases are as follows:

| | |
|---|---|
| 20-22099 Mitchell, Darius J. | 20-22132 Smith, Linda A. |
| 20-22104 Romero, Sandra | 20-22136 Rodriguez, Natalie K. |
| 20-22106 McCaster, Victoria | 20-22124 Dovilan Wyatt MD LLC |
| 20-22109 Gonzalez, Catalina | 20-22125 Wyatt, Dovilan |
| 20-22112 Sears, Pamela | 20-22126 Ortiz, Luis |
| 20-22113 Beuthin, Mary Ann | 20-22127 Stojanovic, Djordje |
| 20-22111 Haley, Parris M. | 20-22137 Pena, Miguel A. |
| 20-22114 Davis, Kevin L. | 20-22138 Rapacz, John T./Rapacz, Jacquelyn C. |
| 20-22116 Banga, Aditpal | 20-22141 Frelihman, Isac |
| 20-22117 Zeb, Afzaal | 20-22142 Mercado, Gustavo |
| 20-22119 Jordan, Shanta Marie | 20-22145 Ross Burton Design Build, LLC |
| 20-22120 Williams, Lakesha F. | 20-22147 Soto, Edwin |
| 20-22123 Golomb, Christopher M. | 20-22148 Norris, Navenia |
| 20-22128 Harvey, Kital | 20-22149 Martinez, Rodrigo |
| 20-22129 Hardy, Anthony Jawayne | 18-31257 Halek, John |
| 20-22131 McClure, Susan O. | 20-04160 Bradley, Kishon D. |

Please reassign and re-notice these cases. If you have any questions regarding this matter, please contact me.

Very truly yours,


Karen R. Goodman, Trustee

KRG/abp